# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| **GALARDI SOUTH ENTERPRISES,** ) | |
| **INC. d/b/a Onyx, a corporation,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by their attorney, will take the deposition on oral examination of **LASHAUN Y. CARTER**. The deposition will take place before a person authorized to administer oaths at the law office of SCHULTEN WARD & TURNER, LLP, 260 Peachtree Street, NW, Suite 2700, Atlanta, GA 30303, on **Friday, February 6, 2015, beginning at 9:30 a.m**. and continuing from hour to hour until completed. Deponent shall bring with her to the deposition any documents previously requested of Plaintiff pursuant to Rule 34, but not previously produced.

Dated:  January 23, 2015.

                Respectfully submitted,

                */s/ Dean R. Fuchs*
                Dean R. Fuchs
                Georgia Bar No. 279170

Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
(404) 688-6800 telephone
(404) 688-6840 facsimile
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER, an individual,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GALARDI SOUTH ENTERPRISES,** )<br>**INC. d/b/a Onyx, a corporation,** )<br>)<br>**Defendant.** )<br>) | Civil Action File No.<br>**1:14-CV-02812-WBH** |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER** by CM/ECF and by U.S. Mail, postage prepaid, as follows:

    W. Anthony Collins, Jr.
    Smith Collins & Fletcher
    8565 Dunwoody Place
    Building 15, Suite B
    Atlanta, GA 30350

This 23rd day of January, 2015.

                                            */s/ Dean R. Fuchs*
                                            Dean R. Fuchs
                                            Attorney for Defendant

Schulten, Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303
(404) 688-6800