IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALARDI SOUTH ENTERPRISES, )<br>INC. d/b/a Onyx, a corporation, )<br>)<br>Defendant. )<br>_____ ) | Civil Action File No.<br>1:14-CV-02812-WBH |

### DEFENDANT'S MOTION FOR SANCTIONS AGAINST PLAINTIFF

COMES NOW GALARDI SOUTH ENTERPRISES, INC., Defendant in the above-styled action, and pursuant to Fed.R.Civ.P. 37(d), files this Motion for Sanctions against Plaintiff following her failure to appear for a duly noticed deposition in this civil action. Defendant also seeks to recover its reasonable attorneys' fees and expenses of litigation.

In support of its Motion, Defendant relies upon the following:

(a) A Brief in Support of his Motion for Sanctions, filed contemporaneously herewith;

(b) All other documents on file as a matter of record in this civil action; and

(c) A Certificate of Non-Appearance at Deposition.

This 15th day of February, 2015.

Respectfully submitted,

/s/ Dean R. Fuchs
Dean R. Fuchs
Georgia Bar No. 279170
Attorney for Defendant

Schulten, Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, Georgia  30303
(404) 688-6800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER, an individual,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GALARDI SOUTH ENTERPRISES,** )<br>**INC. d/b/a Onyx, a corporation,** )<br>)<br>**Defendant.** )<br>) | **Civil Action File No.**<br>**1:14-CV-02812-WBH** |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the font and font size requirements of Local Rule 5.1 and that I have this day served all parties with a copy of the above and foregoing **DEFENDANT'S MOTIONS FOR SANCTIONS AGAINST PLAINTIFF** by using the Court's CM/ECF system upon the following:

W. Anthony Collins, Jr.
Anthony@SCandF.com

This 15th day of February, 2015.

/s/ Dean R. Fuchs
Dean R. Fuchs
Georgia Bar No. 279170

Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800