```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHER DISTRICT OF GEORGIA
                      ATLANTA DIVISION


LASHAUN Y. CARTER, an Individual,
         Plaintiff,

                          CASE NO. 1:14-CV-02812-WBH
     vs.
GALARDI SOUTH ENTERPRISES, INC.,
d/b/a Onyx, a corporation,
         Defendant.


                          - - -


       Scheduled deposition of LASHAUN Y. CARTER,

           To be taken by Dean R. Fuchs,

               Before Teresa Bishop,
            Certified Court Reporter,

             At the Law Offices of
           Schulten Ward & Turner LLP
                Atlanta, Georgia,

           On Friday, February 6, 2015,
   Beginning at 9:30 a.m. and ending at 10:12 a.m.

                          - - -

       CERTIFICATE OF NON-APPEARANCE BY THE DEPONENT
```

LaShaun Y. Carter        Carter v. Galardi South Enterprises, Inc., et al        February 6, 2015

```
 1   APPEARANCES OF COUNSEL:
 2
     For the Plaintiff:
 3
             No Appearance
 4
     For the Defendant:
 5
             DEAN R. FUCHS
 6           Schulten Ward & Turner LLP
             Suite 2700
 7           260 Peachtree Street, NW
             Atlanta, GA 30303
 8           404.688.6800

 9   ------------------------------------------------

10                  INDEX TO PROCEEDINGS

11                   EXAMINATION INDEX

12

13   Defendant's Exhibit

14    1    Notice to take deposition                   4

15
     (End of Index)
16

17

18

19

20

21

22

23

24

25
```

2

1  February 6, 2015
2  9:30 a.m.
3        MR. FUCHS: We are present this
4  morning in the matter of LaShaun Y. Carter versus
5  Galardi South Enterprises Inc. d/b/a Onyx,
6  pending in the US District Court for the Northern
7  District of Georgia, civil action number
8  1:14-CV02812.
9        We are here this morning to take the
10 deposition of the plaintiff, Ms. Carter, which
11 was duly noticed on January 23rd, 2015.
12 Ms. Carter's counsel were served with a copy of
13 the deposition notice both via Pacer and by US
14 mail, postage prepaid, to W. Anthony Collins Jr.
15 at the law firm Smith Collins & Fletcher, 8560
16 Dunwoody Place, Building 15, Suite B, Atlanta,
17 Georgia 30350.
18        The deposition was scheduled for 9:30
19 a.m. on Friday, February 6, 2015. According to
20 my watch, it is about 11 or 12 minutes after 10
21 a.m. Neither Ms. Carter nor her counsel have
22 appeared this morning, nor have they attempted to
23 reach me or my firm in any way by telephone or by
24 e-mail, so we are here to take the no show
25 certificate.

| LaShaun Y. Carter | Carter v. Galardi South Enterprises, Inc., et al | February 6, 2015 |
|---|---|---|

```
 1        (Whereupon a document was identified
 2     as Defendant's Exhibit 1.)
 3            MR. FUCHS:  I am going to introduce
 4   one exhibit with the court reporter, and that is
 5   simply the notice to take deposition, which was
 6   filed with the court back on January 23rd.  And
 7   that will conclude this certificate.
 8        (Proceedings adjourned, 10:12 a.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1   CERTIFICATE OF NON-APPEARANCE BY THE DEPONENT
 2   STATE OF GEORGIA
 3   COUNTY OF COBB
 4              I, Teresa Bishop, do hereby certify
 5   that I did appear at the above-referenced
 6   location on the above-referenced date and time
 7   for the taking of the deposition of the
 8   above-referenced witness;
 9              That Dean R. Fuchs, attorney at law,
10   was present for the Defendant;
11              That Mr. Fuchs and I remained in
12   attendance and ready to take the above-referenced
13   deposition until 10:12 p.m.;
14              That the deposition was adjourned at
15   10:12 a.m.;
16              That during that time, to the best of
17   my knowledge, the deponent did not appear for the
18   deposition, nor did the deponent contact the
19   offices of the deposing counsel requesting
20   additional time in order to arrive for the
21   deposition;
22              That the above and foregoing pages are
23   a true, complete, correct, and exact transcript
24   of my shorthand notes, if any, taken in the
25   above-referenced matter;
```

Donovan Reporting, PC                                           www.donovanreporting.com
Electronically signed by Teresa Bishop (301-075-307-7978)       20f51156-5021-4991-821a-52c21998f4ac

1  That same constitutes a true,
2  complete, correct, and exact record of the
3  above-referenced matter;
4  That same was transcribed through
5  computer-assisted transcription;
6  That I am not of kin or counsel to any
7  of the attorneys or parties, nor am I in the
8  regular employ of any of the attorneys or
9  parties;
10  This 6th day of February, 2015.

*[Signature: Teresa Bishop]*

Teresa Bishop, CCR B-307
Certified Court Reporter

6

Donovan Reporting, PC                                   www.donovanreporting.com
Electronically signed by Teresa Bishop (301-075-307-7978)       20f51156-5021-4991-821a-52c21998f4ac

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| GALARDI SOUTH ENTERPRISES, ) | |
| INC. d/b/a Onyx, a corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by their attorney, will take the deposition on oral examination of **LASHAUN Y. CARTER**. The deposition will take place before a person authorized to administer oaths at the law office of SCHULTEN WARD & TURNER, LLP, 260 Peachtree Street, NW, Suite 2700, Atlanta, GA 30303, on **Friday, February 6, 2015, beginning at 9:30 a.m**. and continuing from hour to hour until completed. Deponent shall bring with her to the deposition any documents previously requested of Plaintiff pursuant to Rule 34, but not previously produced.

Dated: January 23, 2015.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| GALARDI SOUTH ENTERPRISES, ) | |
| INC. d/b/a Onyx, a corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER** by CM/ECF and by U.S. Mail, postage prepaid, as follows:

W. Anthony Collins, Jr.
Smith Collins & Fletcher
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350

This 23rd day of January, 2015.

/s/ Dean R. Fuchs
Dean R. Fuchs
Attorney for Defendant

Schulten, Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303
(404) 688-6800