IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LASHAUN Y. CARTER,
    Plaintiff,

v.

GALARDI SOUTH
ENTERPRISES, INC.,
    Defendant.

CIVIL ACTION NO.
1:14-CV-2812-WBH

## ORDER

In its motion for sanctions, [Doc. 12], Defendant seeks dismissal of the complaint because Plaintiff and her counsel missed her deposition. It also appears that Counsel for Plaintiff initially missed the fact that Defendant had filed a motion for sanctions because he missed the deadline to respond and has filed a motion for leave to file his response late. [Doc. 13]. While Defendant has made a fairly good argument that Plaintiff has been dilatory in the prosecution of her action, dismissal of the action is simply too harsh a sanction for this level of violation. Instead, this Court believes that the appropriate sanction is for Plaintiff to bear the cost of the court reporter's appearance fee for the deposition that she missed.

As to the question of ongoing discovery, this Court further agrees with Defendant that Plaintiff should not be provided with bonus discovery time because she missed her deposition. As such, Defendant will be permitted to depose Plaintiff and will be allowed one week to seek documents or information identified at the

deposition. Otherwise, the discovery period has ended and discovery will not be permitted.

Based on the foregoing, within a week of this order, Defendant is **DIRECTED** to provide counsel for Plaintiff with notice containing three dates and times at which Plaintiff's deposition can be held. Plaintiff is **DIRECTED** to respond within two days of receiving the notice by picking one of the three dates for her deposition. Plaintiff is thereafter bound to appear at the deposition on the date that she picks. Plaintiff is cautioned that failure to appear without a compelling excuse will likely lead to the dismissal of this action. Defendant shall have one week after the deposition to propound discovery requests, but only to the degree that those requests are based on statements that Plaintiff made during the deposition.

Defendant's motion for sanctions, [Doc. 12], is **GRANTED** in part and Plaintiff is **ORDERED** to pay to Defendant the cost of the court reporter appearance fee for the deposition that she missed. Plaintiff's motions to amend, [Doc. 4], and to file a late response, [Doc. 13], are **GRANTED**.

**IT IS SO ORDERED,** this 31st day of March, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE