IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| GALARDI SOUTH ENTERPRISES, ) | |
| INC. d/b/a Onyx, a corporation, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT GALARDI SOUTH ENTERPRISES, INC.'S
MOTION TO DISMISS COUNT II OF PLAINTIFF'S (AMENDED)
COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)**

COMES NOW Defendant Galardi South Enterprises, Inc. ("Defendant" or "GSE"), Defendant in the above-captioned action, and pursuant to Fed. R. Civ. P. 12(b)(6), files its Motion to Dismiss Count II of Plaintiff's (Amended) Complaint [Doc. 16] for failure to state a claim for alleged violation of the overtime wage provisions (sic) of the Fair Labor Standards Act, 29 U.S.C. §207.

In support of its Motion, GSE relies upon the following:

(a) Plaintiff's (Amended) Complaint [Doc. 16]; and

(b) Defendant's Brief in Support of its Motion to Dismiss, filed concurrently herewith.

This 13th day of April, 2015.

                          */s/ Dean R. Fuchs*
                          Dean R. Fuchs
                          Georgia Bar No. 279179
                          *Counsel for Defendant*
                          *Galardi South Enterprises, Inc.*

Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| GALARDI SOUTH ENTERPRISES,         ) | |
| INC. d/b/a Onyx, a corporation, et al.         ) | |
| ) | |
| Defendant.         ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the above and foregoing **Defendant Galardi South Enterprises, Inc.'s Motion to Dismiss Count II of Plaintiff's (Amended) Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)** upon opposing counsel of record by email and by United States mail, postage prepaid, properly sealed and addressed to:

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350

This 13th day of April, 2015.

*/s/ Dean R. Fuchs*
Dean R. Fuchs
Georgia Bar No. 279179

*Counsel for Defendant*
*Galardi South Enterprises, Inc.*

Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)