IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER,** | |
| **Plaintiff,** | |
| vs. | Civil Action File No. 1:14-CV-02812-WBH |
| **GALARDI SOUTH ENTERPRISES, INC. d/b/a Onyx et al.,** | |
| **Defendants.** | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Plaintiff Lashaun Carter hereby gives notice that Matthew W. Herrington of the firm DeLong, Caldwell, Bridgers, and Fitzpatrick, LLC, will no longer be representing her in this matter. Mr. Herrington's existing co-counsel, W. Anthony Collins, Jr., will remain as Plaintiff Carter's counsel. This substitution has occurred because Mr. Herrington is no longer affiliated with the firm Smith, Collins & Fletcher, P.A.

The foregoing document was prepared in Times New Roman, 14 point, a font approved by the local rules of the Northern District of Georgia.

This 15th day of April 2015.

          Respectfully submitted,

          *Matthew W. Herrington*

**DELONG, CALDWELL, BRIDGERS &**   Matthew W. Herrington
**FITZPATRICK, LLC**   Ga. Bar No. 275411
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
P/F: 404-596-7972
matthew.herrington@dcbflegal.com

          *W. Anthony Collins, Jr.*

**SMITH, COLLINS & FLETCHER, P.A.**   W. Anthony Collins, Jr.
8565 Dunwoody Place   Ga. Bar No. 141712
Building 15, Suite B
Atlanta, GA 30350
P: (678) 245-6785
F: (888) 413-3031
anthony@SCandF.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**GALARDI SOUTH ENTERPRISES, INC. d/b/a Onyx et al.,**<br><br>    **Defendants.** | Civil Action File No.<br>1:14-CV-02812-WBH |

### CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed electronically using the CM/ECF system, which will automatically send email notification to all counsel of record.

Dated: April 15, 2015

>    *Matthew W. Herrington*
>    Matthew W. Herrington
>    Ga. Bar No. 275411

3