IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GALARDI SOUTH ENTERPRISES, INC. d/b/a Onyx et al.,**<br><br>**Defendants.** | Civil Action No. 1:14-CV-02812-WBH |

### STATUS REPORT

Plaintiff Lashaun Carter files this Status Report following the substitution of her counsel:

**1.   Nature of the Action**

This is an FLSA minimum wage and overtime action brought by a former exotic dancer at Club Onyx. Plaintiff was paid no wages during her employment by Defendants and was forced to pay fees and fines for the privilege of working.

**2.   Discovery Conducted**

Discovery in this Action began in September 2014 and initially ended on February 6, 2015. Plaintiff timely responded to Defendant Galardi South

Enterprises, Inc.'s ["GSE"] First Interrogatories and First Request for Production of Documents. [Dkt. 10].

In its March 31, 2015 Order, the Court granted additional discovery to GSE to depose Plaintiff, who had not appeared at an earlier scheduled deposition. [Dkt. 15]. Per the Court's Order, GSE renoticed Plaintiff's deposition [Dkt. 17] and Plaintiff was deposed on Wednesday, April 22, 2015.

### 3. Motion to Dismiss

GSE filed a Motion to Dismiss Plaintiff's overtime claim on April 13, 2015. [Dkt. 18]. Plaintiff filed her Response on April 27, 2015 [Dkt. 21], and GSE filed its Reply on May 5, 2015. [Dkt. 22]. The Motion is still pending before the Court.

### 4. Plaintiff's Representation

On May 8, 2015, Plaintiff obtained new counsel. Plaintiff is now represented by Charles R. Bridgers, Kevin D. Fitzpatrick, Jr., and Matthew W. Herrington of the firm DeLong, Caldwell, Bridgers & Fitzpatrick, LLC. [Dkt. 23, 24, 31].

### 5. Additional Parties and Discovery

In its March 31, 2015 Order [Dkt. 15], the Court granted Plaintiff's Motion to Amend Complaint filed on September 10, 2014 [Dkt. 4], in which Plaintiff sought to add Galardi South Enterprises Consulting, Inc.; Pony Tail, Inc.; and Teri Galardi as Defendants.

On May 12, 2015, Plaintiff filed summonses for these additional Defendants [Dkt. 26], and the Clerk issued those summonses on May 13, 2015. [Dkt. 27–29]. The very same day, Plaintiff served process on Defendants Galardi South Enterprises Consulting, Inc. and Pony Tail, Inc. [Dkt. 30]. Plaintiff has also sent a request to waive service to Defendant Teri Galardi.

After the additional Defendants have filed their Answers, Plaintiff intends to request 90 days of additional discovery as to the newly added Defendants. The possibility of such additional discovery was anticipated in the Parties' Joint Preliminary Report and Discovery Plan:

> The Parties anticipate that four months of discovery may be adequate if Plaintiff's Motion for Leave to Amend [Doc. 4] is granted and Plaintiff is timely able to achieve service upon additional defendants, however the parties reserve the right to request additional time to complete discovery for good cause shown.

[Dkt. 5 at 10]. Plaintiff will not seek additional discovery as to GSE, as the Court has already indicated that discovery will not be extended as to that Party. [Dkt. 15].

### 6.   Settlement Dispute

Based on conversations with Defendant GSE's counsel, Plaintiff anticipates that Defendants will file a motion to enforce settlement in the near future. Plaintiff will oppose any such motion based on a failure of the Parties to reach a meeting of the

minds. Should such a motion be filed, Plaintiff will request that any additional discovery be stayed until the motion is ruled upon.

Respectfully submitted this 18th day of May 2015.

|  |  |
|---|---|
|  | **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC** |
|  | */s/Matthew W. Herrington* |
| 3100 Centennial Tower | Charles R. Bridgers |
| 101 Marietta Street | Ga. Bar No. 080791 |
| Atlanta, Georgia 30303 | Kevin D. Fitzpatrick, Jr. |
| (404) 979-3171 | Ga. Bar No. 262375 |
| (404) 979-3170 (f) | Matthew W. Herrington |
| charlesbridgers@dcbflegal.com | Ga. Bar No. 275411 |
| kevin.fitzpatrick@dcbflegal.com |  |
| matthew.herrington@dcbflegal.com | Counsel for Plaintiffs |