# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| **GALARDI SOUTH ENTERPRISES,** ) | |
| **INC. d/b/a Onyx, a corporation, et al.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER AND NOTICE TO PRODUCE DOCUMENTS

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by their attorney, will take the deposition on oral examination of **LASHAUN Y. CARTER**. The deposition will take place before a person authorized to administer oaths at the law office of SCHULTEN WARD & TURNER, LLP, 260 Peachtree Street, NW, Suite 2700, Atlanta, GA 30303, on **Wednesday, April 6, 2016, beginning at 10:00 a.m**. and continuing from hour to hour until completed. Deponent shall bring with her to the deposition any documents previously requested of Plaintiff pursuant to Rule 34, but not previously produced.

Dated:  March 18, 2016.

        Respectfully submitted,

        */s/ Dean R. Fuchs*
        Dean R. Fuchs
        Georgia Bar No. 279170

Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
(404) 688-6800 telephone
(404) 688-6840 facsimile
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER, an individual, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:14-CV-02812-WBH |
| GALARDI SOUTH ENTERPRISES, ) | |
| INC. d/b/a Onyx, a corporation, et al. ) | |
| ) | |
|     Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION OF LASHAUN Y. CARTER AND NOTICE TO PRODUCE DOCUMENTS** by CM/ECF as follows:

Charles R. Bridgers<br>
Kevin D. Fitzpatrick, Jr.<br>
Matthew W. Herrington<br>
DELONG CALDWELL BRIDGERS,<br>
FITZPATRICK & BENJAMIN, LLC<br>
3100 Centennial Tower<br>
101 Marietta Street<br>
Atlanta, GA 30303

This 18th day of March, 2016.

                                               */s/ Dean R. Fuchs*
                                               Dean R. Fuchs
                                               Attorney for Defendant

Schulten, Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303
(404) 688-6800