IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER**,<br><br>         Plaintiff,<br><br>     v.<br><br>**GALARDI SOUTH ENTERPRISES,**<br>**INC. d/b/a Onyx et al.,**<br><br>         Defendants. | Civil Action No. 1:14-cv-2812-WBH |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Lashaun Y. Carter and Defendants Galardi South Enterprises, Inc., Galardi South Enterprises Consulting, Inc., and Pony Tail, Inc., by and through the undersigned counsel, move to stay the discovery period in this case for 30 days, through and including May 8, 2016, in order to facilitate settlement negotiations.

1. This FLSA case was initiated on August 1, 2014 and removed to this Court from the Superior Court of Fulton County on September 2, 2014. [Dkt. 1]

2. The current discovery period is scheduled to end on April 15, 2016. [Dkt. 64]

3. The parties have completed written discovery and conducted the deposition of Plaintiff on April 6, 2016. [Dkt. 63]

4. The Parties have scheduled three additional depositions to be taken by Plaintiff on Thursday, April 14, 2016.

5. The Parties prefer to engage in settlement discussions and would like to stay the remainder of the current discovery period prior to incurring additional expenses related to next week's depositions.

6. The parties seek a 30-day stay of this matter to permit them the time necessary to engage in settlement negotiations.

7. If the case is not resolved on or before May 8, 2016, the parties request that the Court reopen discovery for one additional week, through Friday, May 13, 2016, to permit Plaintiff to conduct depositions of Defendant Pony Tail, Inc., Defendant Galardi South Enterprises Consulting, Inc., and non-party Scott Schulten.

8. Counsel for the Parties are hopeful that this stay will permit the case to be resolved without the need for further litigation.

9. This is request is made in good faith and not for purposes of undue delay.

10. For the Court's convenience, the Parties have attached a proposed Order.

WHEREFORE, the parties respectfully request that this matter be stayed until May 8, 2016.

Pursuant to LR 7.1D. NDGa, the undersigned counsel certifies that the within and foregoing motion was prepared using 14 point Times New Roman, one of the font and point selections that the Court has approved in LR 5.1B. NDGa.

Respectfully submitted this 7th day of April 2016,

| | |
|---|---|
| DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC | SCHULTEN WARD TURNER & WEISS, LLP |
| | *s/Dean R. Fuchs* |
| *s/ Matthew W. Herrington* | Dean R. Fuchs |
| Matthew W. Herrington | Georgia Bar No. 279170 |
| Georgia Bar No. 275411 | |
| Charles R. Bridgers | 260 Peachtree Street, NW |
| Georgia Bar No. 080791 | Suite 2700 |
| Kevin D. Fitzpatrick, Jr. | Atlanta, GA 30303 |
| Georgia Bar No. 262375 | (404) 688-6800 |
| | (404) 688-6840 |
| 3100 Centennial Tower | d.fuchs@swtwlaw.com |
| 101 Marietta Street | |
| Atlanta, GA 30303 | |
| (404) 979-3150 | COUNSEL FOR DEFENDANTS |
| (404) 979-3170 (facsimile) | |
| kevin.fitzpatrick@dcbflegal.com | |
| charlesbridgers@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | |

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN Y. CARTER,<br><br>      Plaintiff,<br><br>   v.<br><br>GALARDI SOUTH ENTERPRISES,<br>INC. d/b/a Onyx et al.,<br><br>      Defendants. | Civil Action No. 1:14-cv-2812-WBH |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the within and foregoing **JOINT MOTION FOR STAY OF PROCEEDINGS** was electronically filed in the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

Dated: April 7, 2016.

                                          *s/ Matthew W. Herrington*
                                          Matthew W. Herrington
                                          Georgia Bar No. 275411