IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER,**<br><br>Plaintiff,<br><br>v.<br><br>**PONY TAIL, INC. d/b/a Onyx,**<br><br>Defendant. | Civil Action No. 1:14-cv-2812-WBH |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Lashaun Carter and Defendant Pony Tail, Inc., by and through the undersigned counsel, hereby dismiss the above styled case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs and fees.

Dated: September 12, 2017.

| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **SCHULTEN WARD TURNER & WEISS, LLP** |
|---|---|
| */s/ Charles R. Bridgers*<br>Charles R. Bridgers<br>Georgia Bar No. 080791<br><br>3100 Centennial Tower<br>101 Marietta Street<br>Atlanta, GA 30303<br>(404) 979-3150<br>(404) 979-3170 (facsimile) | */s/ Dean R. Fuchs*<br>Dean R. Fuchs<br>Georgia Bar No. 279170<br><br>260 Peachtree Street, NW, Suite 2700<br>Atlanta, Georgia 30303<br>(404) 688-6800 Telephone<br>(404) 688-6840 Facsimile<br>d.fuchs@swtwlaw.com |

- 2 -

charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LASHAUN Y. CARTER,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:14-cv-2812-WBH |
| **PONY TAIL, INC. d/b/a Onyx,** | |
| **Defendant.** | |

### CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed a true and correct copy of the parties' **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all counsel of record.

Dated: September 12, 2017.

*/s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791